Ex. 2, p. 1













